UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DISCOVERORG, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:15-cv-05813-BHS |
| | ) | |
| v. | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | |
| ALLGRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DiscoverOrg, LLC hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to all defendants.

DATED: March 11, 2016

Respectfully submitted,

By /s/ Anthony M. Stark
Anthony M. Stark, WSBA No. 48776
General Counsel
DiscoverOrg, LLC
805 Broadway St., Suite 900
Vancouver, WA 98660
360.718.5635
anthony.stark@discoverorg.com

*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
NO. 3:15-CV-05813-BHS

ANTHONY M. STARK
DISCOVERORG, LLC
805 BROADWAY STREET, SUITE 900
VANCOUVER, WASHINGTON 98660
360.718.5635